**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABORDER PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DBEST PRODUCTS, INC.,<br><br>Defendant | Case No. 2:24-cv-10961-MWC-JC<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT (DKT. 25)** |

1

On May 15, 2025, Plaintiff Aborder Products, Inc. and Defendant dbest products, Inc. filed a stipulation requesting an extension for dbest to respond to Aborder's Second Amended Complaint for Declaratory Judgment and Other Relief (ECF No. 23) through May 27, 2025.

The Court, having considered the parties' stipulation, and for good cause shown, hereby GRANTS the parties' request as follows:

1. On December 20, 2024, Aborder filed its Complaint for Declaratory Relief. (ECF No. 1)
2. On January 16, 2025, Aborder filed its First Amended Complaint for Declaratory and Other Relief. (ECF No. 12)
3. On March 17, Aborder filed a waiver of service executed by dbest's counsel providing that dbest's response to the first-amended complaint must be filed and served within 60 days of March 12. (ECF No. 16)
4. On May 6 Aborder and dbest entered a stipulation for Aborder to file a second-amended complaint. (ECF No. 22)
5. Aborder filed its Second Amended Complaint for Declaratory Judgment and Other Relief (ECF No. 23), making dbest's response due on May 20 under Rule 15(a)(3) of the Federal Rules of Civil Procedure.
6. dbest's deadline to respond to the Second Amended Complaint is hereby extended by 7 days.
7. Defendant dbest products, Inc. shall have through **May 27, 2025** to file and serve its response to Plaintiff Aborder Product, Inc.'s second-amended complaint.

**IT IS SO ORDERED.**

Dated: May 16, 2025

Hon. Michelle Williams Court
United States District Judge

1